# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Iyona Lee,                              :
                    Petitioner          :
                                        :
          v.                            :    No. 1051 C.D. 2020
                                        :
Fresh Grocer Holdings, LLC              :
(Workers' Compensation Appeals          :
Board),                                 :
                    Respondent          :


**PER CURIAM**                    **O R D E R**


    **NOW**, March 4, 2022, the "Application to Report Unreported Opinion Pursuant to 201 Pa[.] Code § 3740," filed by the Pennsylvania Bar Association Workers' Compensation Law Section, to which no response was filed, is **GRANTED**. The above-captioned Memorandum Opinion, filed December 22, 2021, shall be designated OPINION and shall be REPORTED.